**Motion Granted, Judgment Reversed and Rendered, and Memorandum Opinion filed December 7, 2021.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-21-00599-CV

---

### CINDY MARTIN AND JULIE JONES, Appellants

### V.

### NEIL DON BROWN, Appellee

---

**On Appeal from the Probate Court No. 1**
**Harris County, Texas**
**Trial Court Cause No. 498916-401**

---

### MEMORANDUM OPINION

This is an appeal from a final judgment signed October 8, 2021. On November 24, 2021, the parties filed a joint motion to dismiss the appeal and, as one requested form of relief, reverse the trial court's judgment and render the parties' agreed judgment. *See* Tex. R. App. P. 42.1(a)(2)(A); 43.2(c). The motion is granted, the trial court's judgment is reversed, and we hereby render judgment in accordance with the parties' agreed judgment.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Wilson.